Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile: (602) 569-9720
email: davis@scottdavispc.com

Steven J. Parsons
Nevada State Bar No. 363
Law Offices of Steven J. Parsons
10091 Park Run Drive, Suite 200
Las Vegas, NV 89145

Telephone: (702) 384-9900
Facsimile: (702) 384-5900
Email: Steve@SJPLawyer.com

*Attorneys for Plaintiff Michele Cosgrove*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Michele Cosgrove,<br><br>        Plaintiff,<br><br>v.<br><br>The Prudential Insurance Company of America; Harrah's Operating Company, Inc.; Harrah's Operating Company, Inc. Long Term Disability Plan,<br><br>        Defendants. | Case No. 2:19-cv-00110-GMN-GWF<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO FILE PROPOSED DISCOVERY PLAN/SCHEDULING ORDER BY SIXTY (60) DAYS** |

      The parties hereby stipulate and move the Court for an Order extending their deadline to file the Proposed Discovery Plan/Scheduling Order by sixty (60) days, or until June 14, 2019.

Pursuant to the Court's March 1, 2019 Minute Entry (Dkt. #5), the parties' current deadline to file the Proposed Discovery Plan/Scheduling Order is Monday, April 15, 2019.

The reason for the parties' stipulation is that it is not clear at this time whether the Harrah's defendants can be dismissed from this matter without prejudice and/or whether they need to remain in this lawsuit. At this time, the Harrah's defendants have been served, but have not yet Answered or otherwise responded to Plaintiff's Complaint. The Harrah's defendants' Answer or response to Plaintiff's Complaint is due to be filed no later than April 25, 2019.

Extending the deadline for the parties to file their Proposed Discovery Plan/Scheduling Order will give them additional time to resolve this issue, which would bring clarity to the Proposed Discovery Plan/Scheduling Order as well as who the parties are that will be in the lawsuit at that time and who will participate in preparing the Proposed Discovery Plan/Scheduling Order. Extending the deadline would also avoid the parties having to file a second Proposed Discovery Plan/Scheduling Orders, if they determine the Harrah's defendants cannot be dismissed from this matter.

Therefore, with good cause appearing, the parties respectfully move for the Court to grant their stipulation.

RESPECTFULLY REQUESTED this 9th day of April, 2019.

| | |
|---|---|
| */s/ Julie M. Kamps, Esq.* | */s/ Scott E. Davis, Esq.* |
| Julie M. Kamps, Esq. | Scott E. Davis, Esq. |
| Attorney for Prudential | Steve J. Parsons, Esq. |
| | Attorneys for Plaintiff |

**ORDER**

**IT IS SO ORDERED.**

Dated: April 10, 2019.

UNITED STATES MAGISTRATE JUDGE